1  PHILLIP A. TALBERT
   Acting United States Attorney
2  MICHAEL G. TIERNEY
   Assistant U.S. Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
     UNITED STATES OF AMERICA
7

8
                   UNITED STATES DISTRICT COURT
9
                   EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,           | Citation No. 1:16-po-001060-SAB

12 |             Plaintiff,

13 | v.                                   | MOTION AND ORDER FOR DISMISSAL

14 | PHONESAVANH PHANKHAMSAO,

15 |             Defendant.

16

17

18     The United States of America, by and through Phillip A. Talbert, Acting United States Attorney,

19 and Michael G. Tierney, Assistant United States Attorney, hereby moves to dismiss Case No.

20 1:16-po-00106-SAB against PHONESAVANH PHANKHAMSAO without prejudice in the interest of

21 justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

22 DATED: August 31, 2016                    Respectfully submitted,

23                                            PHILLIP A. TALBERT
                                              Acting United States Attorney
24
                                       By:   /s/ Michael G. Tierney
25                                            MICHAEL G. TIERNEY
                                              Assistant U.S. Attorney
26

27

28
                                         1

## **O R D E R**

IT IS HEREBY ORDERED that Case Number 1:16-po-00106-SAB against PHONESAVANH PHANKHAMSAO be dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **August 31, 2016**

UNITED STATES MAGISTRATE JUDGE

2